IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

KELLY DESMOND,
    Plaintiff,

v.                                                 Civil No. 3:19cv201 (DJN)

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.

**FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 5, 2022 (ECF No. 31). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)    The Report and Recommendation of the Magistrate Judge (ECF No. 31) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)    Plaintiff's Motion to Alter Judgment (ECF No. 28) is DENIED.

(3)    This case is CLOSED.

Let the Clerk file a copy of this Final Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                /s/
                                                       David J. Novak
                                                       United States District Judge

Richmond, Virginia
Date: <u>January 25, 2022</u>